IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:26-cr-040 |
| v. ) | |
| ) | (18 U.S.C. § 371; 18 U.S.C. § 48) |
| JOSEPH GARRETT BUCKLAND ) | |

## INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

### Legal Background

1.  The term "animal crushing" meant actual conduct in which one or more living non-human mammals were purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury. 18 U.S.C. § 48(f)(l).

2.  The term "serious bodily injury" meant injuries which involved a substantial risk of death; extreme physical pain; protracted or obvious disfigurement; and protracted loss or impairment of the function of a bodily member or organ. 18 U.S.C. § 48(f)(l) (citing 18 U.S.C. § 1365).

3.  Instances of sexual abuse by force and sexual abuse in which the victim was not physically capable of declining participation were also included within the definition of animal crushing. 18 U.S.C. § 48(f)(l) (citing 18 U.S.C. §§ 2241, 2242).

4.  The term "animal crush video" meant any photograph, motion-picture film, video or digital recording, or electronic image that depicted animal crushing and was obscene. 18 U.S.C. § 48(f)(2)(A)-(B).

1

5. It was unlawful for any person to knowingly sell, market, advertise, exchange, or distribute an animal crush video in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(3).

6. It was unlawful for any person to knowingly create an animal crush video if the person intended or had reason to know that the animal crush video would be distributed in, or using a means or facility of, interstate or foreign commerce; or where the animal crush video was distributed in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(2).

**Factual Background and Relevant Parties**

7. The defendant, JOSEPH GARRETT BUCKLAND, was a resident of Mt. Pleasant, Pennsylvania, in the Western District of Pennsylvania.

8. From at least March 2023 until approximately May 2025, JOSEPH GARRETT BUCKLAND belonged to an association of people who distributed, watched, and discussed videos of monkeys being tortured and abused. These people congregated online using various platforms.

9. One such group of people utilized group chats through the Telegram application. One such Telegram group was called "Oblivion," a private payment group where members pooled money to commission bespoke videos of monkeys being beaten, cut, burned, mutilated, and sexually abused.

10. JOSEPH GARRETT BUCKLAND, under the screenname "GRETCHEN," was a participant and later the administrator of "Oblivion."

11. It was the practice of members of "Oblivion" to send money to an individual in Indonesia (known as a "videographer" or "VO") to commission the creation of bespoke videos. The requester would send instructions with the specific acts of crushing the requester wished to see. The videographer would then obtain a monkey, often using funds sent from the United States

by an "Oblivion" member, and subject the animal to the acts requested while filming. The videographer would then distribute the resulting video electronically to the requester using email, phone-based messaging programs, and/or online storage platforms.

12. Recipients of the bespoke crush videos from the videographer would control the distribution of those videos to other individuals through similar Telegram groups dedicated to collecting and sharing monkey crush videos.

13. Membership in the "Oblivion" group fluctuated in number; however, the group always included the defendant, JOSEPH GARRETT BUCKLAND, Co-Conspirator ("CC") 1, CC2, and CC3, as well as others.

14. CC1, CC2, and CC3 all resided outside of Pennsylvania.

## COUNT ONE
### Conspiracy to Create and Distribute Animal Crush Videos
### 18 U. S. C. § 371

15. Paragraphs 1 through 14 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

16. Between on or about June 1, 2023, and on or about February 18, 2025, defendant JOSEPH GARRETT BUCKLAND, along with CC1, CC2, CC3, and others known and unknown to the United States, did knowingly and willfully conspire and agree with each other and others to violate 18 U.S.C. §§ 48(a)(2) (creation of animal crush videos) and 48(a)(3) (distribution of animal crush videos).

**Manners and Means**

17. Among the manners and means employed by JOSEPH GARRETT BUCKLAND and his coconspirators to carry out the conspiracy and effect its unlawful objects were:

a. To use phone-based messaging programs to discuss the financing and creation of animal crush videos;

b. To use phone-based messaging programs and other electronic means to contact and solicit individuals living overseas (videographers) willing to film themselves carrying out violent, obscene acts against monkeys in exchange for payment;

c. To use third-party payment providers to pool money and pay videographers in exchange for subjecting monkeys to the acts of crushing, creating video recordings of those acts of crushing, and distributing the resultant videos in interstate and foreign commerce; and

d. To use phone-based messaging programs and other electronic means to distribute the animal crush videos among the members of the conspiracy and others.

## Overt Acts

18. In furtherance of the conspiracy and in order to affect its objectives, the defendant, JOSEPH GARRETT BUCKLAND, and his co-conspirators committed and caused to be committed the following overt acts in the Western District of Pennsylvania and elsewhere, the dates stated being approximate:

A,   Overt Acts 1-10: Beginning in and around June 2023 through in and around August 2023, JOSEPH GARRETT BUCKLAND sent 10 payments, ranging from approximately $90 to $100, through CashApp and PayPal to CC1 to commission animal crush videos, each payment constituting an overt act.

B,   Overt Acts 11-12: In and around September 2023, JOSEPH GARRETT BUCKLAND, on two occasions, solicited and collected payments through CakeWallet from CC2 and CC3 to commission animal crush videos, each payment constituting an overt act.

C. Overt Acts 13-14: In and around September 2023, JOSEPH GARRETT BUCKLAND, on two occasions, sent payments he collected from CC2 and CC3 through CakeWallet to the videographer to commission animal crush videos, each payment constituting an overt act.

D. Overt Act 15: On or about February 15, 2025, JOSEPH GARRETT BUCKLAND, using the screenname "HANK," distributed a video using an online messaging application to a Telegram group called "Tibbles" that lasts about 1:25:12 in length and depicts the violent torture of a monkey, during which the monkey's penis is nailed or tacked to a board and then rubbed with what appears to be wood for an extended period.

E. Overt Act 16: On or about February 16, 2025, JOSEPH GARRETT BUCKLAND, using the screenname "HANK," distributed a video using an online messaging application to a Telegram group called "Tibbles" that lasts about 17:22 in length and depicts the violent torture of a monkey, during which a heated rod is inserted into the monkey's anus or rectum.

F. Overt Act 17: On or about February 18, 2025, JOSEPH GARRETT BUCKLAND, using the screenname "HANK," distributed a video using an online messaging application to a Telegram group called "Tibbles" that lasts about 22:34 in length and depicts the violent torture of a monkey, during which the monkey's penis and genitals are hit and smashed with a green hammer.

All in violation of Title 18, United States Code, Section 371.

_[signature]_
TROY RIVETTI
United States Attorney
Western District of Pennsylvania
PA ID No. 56816

_[signature]_
NICOLE VASQUEZ SCHMITT Assistant
U.S. Attorney
PA ID No. 320316

ADAM R.F. GUSTAFSON
Principal Deputy Asst. Attorney General
United States Department of Justice

_[signature]_
EMILY R. STONE
Trial Attorney
Environmental Crimes Section

6