IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) 2:26-cr-40 |
| JOSEPH GARRETT BUCKLAND, | ) |
| Defendant. | ) |

### ORDER SCHEDULING PLEA HEARING

**AND NOW**, this **27th** day of **February**, **2026**, the Court **HEREBY ORDERS** that a Waiver and Plea Hearing is set for **April 1, 2026 at 3:30 p.m.** in Courtroom 6C before Judge J. Nicholas Ranjan. It is **FURTHER ORDERED**:

**1. Factual Basis and Plea Agreement**. Pursuant to the Court's Practices and Procedures Section III(d): "If there is a plea agreement, the government should e-mail defense counsel and the Court a copy of the agreement seven days in advance of the hearing. At the same time, the government will be ordered to e-mail defense counsel and the Court the summary of the evidence it would present at trial so that defense counsel can review it with the defendant before the hearing." Thus, the Court further orders the government to e-mail Mr. Kosloski and defense counsel the factual basis for the plea and the plea agreement, if any, by no later than **March 25, 2026**. If there are any disputes over the factual basis, including facts that Defendant intends to dispute, defense counsel must bring those disputes to Mr. Kosloski's attention by emailing him a brief summary of the dispute by **March 27, 2026**.

**2. Detention**. If the government intends to seek mandatory pre-sentencing detention of a defendant who is presently on pre-trial release, it should indicate that in the email, so the Court can alert the U.S. Marshal to be

- 2 -

present at the hearing and Defendant can make all necessary arrangements in advance of the hearing.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge