# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.
JOSEPH GARRETT BUCKLAND
*Defendant*

Case No. 2:26-cr-40

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4-1-26

*Defendant's signature*

*Signature of defendant's attorney*

Samir Sarna
*Printed name of defendant's attorney*

*Judge's signature*

United States District Judge
*Judge's printed name and title*